AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Lorraine Scott
Plaintiff,

V.

First Financial Investment Fund I, LLC, a Delaware limited liability company, and Second Round, L.P., a Texas limited partnership,
Defendants.

CASE NUMBER: 12 C 7545

ASSIGNED JUDGE: Gottschall

DESIGNATED MAGISTRATE JUDGE: Brown

TO: (Name and address of Defendant)

First Financial Investment Fund I, LLC
C/O CT Corporation System, as registered agent
208 S. LaSalle Street
Suite 814
Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

THOMAS G. BRUTON, CLERK

THOMAS G. BRUTON, CLERK
(By) DEPUTY CLERK

(By) DEPUTY CLERK

DATE
September 21, 2012

DATE

ClientCaseID: D.PHILIPPS
Law Firm ID: PHILIPPS


*3 5 9 7 5 8 A*

CaseReturnDate: 10/12/12

Affidavit of Special Process Server

# UNITED STATES DISTRICT COURT

Case Number **12C7545**

I, JONATHAN R. DIXON

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606 LICENSED BY THE ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION.

## CORPORATE SERVICE

THAT I SERVED THE WITHIN    SUMMONS AND COMPLAINT

ON THE WITHIN NAMED DEFENDANT   FIRST FINANCIAL INVESTMENT FUND I, LLC
PERSON SERVED GINA LENDI, PROCESS SPECIALIST, CT CORPORATION SYSTEMS
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 9/24/12

GINA LENDI, PROCESS SPECIALIST, CT CORPORATION SYSTEMS AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF THE ENTITY.

That the sex, race and approximate age of the person whom I left the document(s) are as follow:

| | | | |
|---|---|---|---|
| Sex FEMALE | Race WHITE | Age 25 | |
| Height 5'5" | Build THIN | Hair BROWN | |

LOCATION OF SERVICE **208 S LASALLE ST #814 CHICAGO, IL, 60604**

Date Of Service  9/24/12     Time of Service  2:48 PM

JONATHAN R. DIXON              9/25/2012
Special Process Server
P.E.R.C.#129-316846

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Total:   $55.00